UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DOUGLAS MCLARTY,

Defendant.

**ORDER**

15 Cr. 593 (PGG)
15 Cr. 95 (JPC)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a violation of supervised release hearing will take place on **Friday, May 20, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
April 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge