UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
:
:
   -v- : 15 Cr. 95 (JPC)
:
: ORDER
:
DOUGLAS MCLARTY, :
:
                 Defendant. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court understands that the Government and Defendant Douglas McLarty appeared for a hearing on his violation of supervised release ("VOSR") on August 19, 2022, at 2:00 p.m. before the Honorable Paul G. Gardephe in *United States v. Douglas McLarty*, No. 15 Cr. 593 (PGG). At that hearing, Defendant pleaded guilty to Specification 1 for which Judge Gardephe sentenced Defendant to an 18-month term of imprisonment to run consecutively to the 115-month term of imprisonment imposed by the Honorable Analisa Torres in *United States v. Douglas McLarty*, No. 21 Cr. 498 (AT). Following Judge Gardephe's sentencing, the Government dismissed Specifications 2 and 3.

      It is hereby ORDERED that, by August 29, 2022, the Government and Defendant shall submit a letter, either jointly or separately, advising the Court on how they intend to proceed as to Specifications 1-3 in connection with Defendant's VOSR in the above-captioned action.

      SO ORDERED.

Dated: August 22, 2022
       New York, New York                                   _____
                                                                    JOHN P. CRONAN
                                                                United States District Judge