

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 29, 2022

The Government and Defendant Douglas McLarty shall appear for a hearing on his pending violations of Supervised Release on September 7, 2022, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

SO ORDERED.

Date:   August 29, 202
        New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re:   *United States v. Douglas* McLarty, 15 Cr. 95 (JPC)

Dear Judge Cronan:

      The Government respectfully submits this letter in response to the Court's order requesting that the parties submit a letter advising the Court as to how they intend to proceed as to Specifications 1-3 in connection with the defendant's pending violation of supervised release in the above-captioned matter. The defense expects the defendant to admit to Specification 1 in this matter, and the Government intends to move to dismiss Specifications 2 and 3 following the conclusion of sentencing. The parties further request that the Court schedule a court appearance in this matter for the purpose of resolving the pending violations of supervised release, at which time the parties are prepared to proceed with both an admission to Specification 1 and sentencing.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney
      Southern District of New York

      _____
      Mitzi S. Steiner / Samuel Rothschild
      Assistant United States Attorneys
      (212) 637-2284 / 2504