UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
:
:
          -v-                                          :          15 Cr. 95 (JPC)
:
:                                ORDER
:
DOUGLAS MCLARTY,                                       :
:
          Defendant.                                   :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

A hearing on Defendant Douglas McLarty's alleged violations of supervised release is scheduled for Wednesday, September 7, 2022, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Dkt. 3397.  If the parties wish to make any written submissions in advance of Wednesday's proceeding, including their views as to a recommended sentence in the event Defendant admits any of the specifications, they should do so by Tuesday, September 6, 2022.

SO ORDERED.

Dated: August 31, 2022
       New York, New York                         _____
                                                  JOHN P. CRONAN
                                                  United States District Judge