UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :
:
:
:
            -v-                                              :         15 Cr. 95 (JPC)
:
DOUGLAS MCLARTY,                                     :         ORDER
:
                    Defendant.                              :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Government and Defendant Douglas McLarty shall appear for an arraignment and status conference on his pending alleged violations of supervised release on September 27, 2022, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: September 13, 2022
       New York, New York
                                      JOHN P. CRONAN
                                  United States District Judge