```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
         -v-                                                            :
                                                                        :   15 Cr. 95 (JPC)
DOUGLAS MCLARTY,                                                        :
                                                                        :   ORDER
                                   Defendant.                           :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Defendant Douglas McLarty's arraignment on his alleged violation of supervised release is scheduled for today, October 3, 2022, at 1:00 p.m.  At approximately 10:45 a.m. this morning, the Court was notified that Defendant refused to be produced, indicating that he does not wish to come to court.  Defendant McLarty's arraignment is adjourned to October 6, 2022, at 2:00 p.m.

      The Court notes that Defendant similarly refused production for a violation of supervised release proceeding scheduled for July 27, 2022 in a matter before the Honorable Paul G. Gardephe.  *See United States v. McLarty*, No. 15 Cr. 593 (July 29, 2022), Dkt. 73.  Judge Gardephe subsequently rescheduled that proceeding and issued an order on July 29, 2022 authorizing the United States Marshals Service ("USMS") and the Bureau of Prison ("BOP") to use "such force as is reasonably necessary to bring the defendant to Court for the defendant's scheduled appearance" in the event Defendant were to refuse to leave the facility on that date or otherwise failed to comply with the rules of the USMS or BOP.  *Id.*, Dkt. 75.

      In light of Defendant's refusal once again today to be produced for Court, the parties shall notify the Court by October 4, 2022 with respect to their views as to whether a similar order should be issued in this case, authorizing the USMS and staff at the Essex County Correctional Facility to use reasonable force necessary to remove Defendant from his cell and transport him to the

courthouse so he may be present for the court appearance on October 6, 2022, in the event he once again refuses to be produced on that date.

SO ORDERED.

Dated: October 3, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge