UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                                                :

UNITED STATES OF AMERICA,                                   :

                 -v-                                                                        :                    15 Cr. 95 (JPC)

DOUGLAS MCLARTY,                                          :

                                                       Defendant.                 :                        ORDER

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On October 3, 2022, the Court adjourned Douglas McLarty's arraignment on his alleged violation of supervised release to October 6, 2022, after receiving notification that Defendant refused to be produced for court.  In the Order adjourning the conference, the Court noted that Defendant similarly refused production before the Honorable Paul G. Gardephe, resulting in Judge Gardephe issuing a force order in *United States v. McLarty et al.*, No. 15 Cr. 593 (PGG), on July 29, 2022, and requested the parties' views on whether the Court should issue a similar order authorizing the United States Marshals Service and the Essex County Correctional Facility to use reasonable force necessary to transport Defendant to today's court appearance should he again refuse production.  Defendant's counsel advised the Court that confusion regarding his legal representation caused Defendant to resist production on October 3, 2022, and that his client would voluntarily be produced today.  Yet, at approximately 8:01 a.m. today, the Court received word from Essex County Correctional Facility that Defendant once again has refused to be produced.

       Accordingly, the Court hereby authorizes the United States Marshals Service and the Essex County Correctional Facility to remove Defendant Douglas McLarty from his cell so that he may

be present for today's arraignment at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: October 6, 2022
      New York, New York

_____
JOHN P. CRONAN
United States District Judge