UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
:
:
-v-                                              :       15 Cr. 95 (JPC)
:
DOUGLAS MCLARTY,                                 :       ORDER
:
Defendant.             :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    In light of the conference currently scheduled in this matter for November 7, 2022, the parties shall submit a joint letter as to the status of the case by November 4, 2022.

    SO ORDERED.

Dated: November 2, 2022
      New York, New York

                                                            JOHN P. CRONAN
                                                        United States District Judge