

Louis V. Fasulo, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

March 10, 2023

Honorable John P. Cronan
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Douglas McClarty
      Case No.: 15 Cr. 95 (VOSR)

Dear Judge Cronan,

    I was previously assigned as substitute counsel to Douglas McClarty in the above referenced matter. Upon review of the payment voucher, it has come to my attention that Michael Giordano, an attorney of my firm, assisted me in reviewing pertinent documents, communicating with the client, and drafting legal submissions. In order to obtain payment for all of the work completed in this case, I respectfully request Mr. Giordano be assigned to the matter *nunc pro tunc* to 9/12/2022. I further ask that he be compensated at the CJA presumptive rate of $110 per hour.

    I thank the Court for its consideration.

> The request is granted. The Court appoints Michael Giordano of Fasulo Braverman & Di Maggio, LLP as CJA counsel for Douglas McLarty nunc pro tunc beginning September 12, 2022. Mr. Giordano shall be compensated at a rate of $110 per hour.
>
> SO ORDERED.
>
> March 12, 2023
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

**225 Broadway, Suite 715**         **505 Eighth Avenue, Suite 300**      **1086 Teaneck Rd, Ste 3A**
**New York, New York 10007**        **New York, New York 10018**          **Teaneck, New Jersey 07666**
**Tel (212) 566-6213**              **Tel (212) 967-0352**                **Tel (201) 569-1595**
**Fax (212) 566-8165**              **Fax (201) 596-2724**                **Fax (201) 596-2724**