UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
v.                                                 :           15 Cr. 95 (JPC)
:
DOUGLAS MCLARTY,                         :           ORDER
:
Defendant.                            :
-----------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Pursuant to 18 U.S.C. § 3006A(a)(2)(B), the undersigned intends to appoint Andrew Freifeld as habeas counsel for defendant Douglas McLarty. Because Mr. Freifeld is not a member of the Criminal Justice Act Habeas Panel for the Southern District of New York, his appointment requires the undersigned to find good cause. It also requires the approval of the Chief Judge of the Southern District of New York and the consent of Mr. McLarty. *See* Southern District of New York Criminal Justice Act Plan, VII.D.

Mr. Freifeld currently represents Mr. McLarty in his appeal before the Second Circuit, and that appeal is intertwined with Mr. McLarty's anticipated motion pursuant to 28 U.S.C. § 2255. Given Mr. Freifeld's familiarity with this matter and its relevant procedural history, the undersigned finds that there is good cause to appoint Mr. Freifeld. It is thereby ordered that upon the approval of Chief Judge Laura Swain and the consent of Mr. McLarty, Andrew Freifeld is appointed as habeas counsel for Mr. McLarty.

Dated: November 8, 2023
      New York, New York

                                       JOHN P. CRONAN
                                       United States District Judge

Approved by:

_____ 11/8/2023
  LAURA TAYLOR SWAIN
Chief United States District Judge