UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                         :
:
:                    15 Cr. 95-3 (JPC)
-v-                           :
:                    24 Civ. 1353 (JPC)
DOUGLAS MCLARTY,                                  :
:                    <u>ORDER TO ANSWER</u>
Defendant.            :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     Defendant Douglas McLarty has filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set

aside, or correct his sentence.  Having concluded that McLarty's motion should not be summarily

dismissed, the Court respectfully directs the Clerk of Court to electronically notify the Criminal

Division of the U.S. Attorney's Office for the Southern District of New York that this Order has

been issued.  The Court further orders that, within sixty days of the date of this Order, the

Government shall file an answer or other pleadings in response to the motion.  McLarty shall have

thirty days from when he is served with the Government's answer to file a response.  Absent further

order, the motion will be considered fully submitted as of that date.

     All further papers filed or submitted for filing must include the criminal docket number and

will be docketed in the criminal case.

     SO ORDERED.

Dated: October 1, 2024
     New York, New York                          _____
                                 JOHN P. CRONAN
                        United States District Judge